# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> TELEFONAKTIEBOLAGET LM ERICSSON AND ERICSSON INC., <br><br> Defendants. | Civil Action No. 2:21-cv-00460-JRG |

### ERICSSON'S NOTICE OF INTENT TO FILE EXPEDITED RESPONSE TO APPLE'S REQUEST FOR EARLY CASE MANAGEMENT CONFERENCE

After ignoring several invitations from Ericsson's lead counsel to meaningfully discuss case management and the relief that Apple now seeks, Apple filed a motion requesting an early case management conference this afternoon.  Dkt. No. 16.  Apple's motion contains mischaracterizations that necessitate a response from Ericsson, including Apple's erroneous assertion that Ericsson has tried to "evade the jurisdiction of this Court."  Although Apple did not request expedited briefing on its motion, Ericsson notifies the Court that it will file its response in opposition on Monday, January 24—or 9 days before Ericsson's response would otherwise be due under the Local Rules.

| | |
|---|---|
| Dated: January 19, 2021 | Respectfully Submitted, |
| Theodore Stevenson, III (Lead Attorney)<br>Texas State Bar No. 19196650<br>ted.stevenson@alston.com<br>**ALSTON & BIRD**<br>2200 Ross Avenue, Suite 2300<br>Dallas, TX 75201<br>Telephone: (214) 922-3507<br>Facsimile: (214) 922-3899 | /s/ *Nicholas Mathews*<br>Nicholas Mathews<br>Texas State Bar No. 24085457<br>nmathews@McKoolSmith.com<br>**MCKOOL SMITH, P.C.**<br>300 Crescent Court Suite 1500<br>Dallas, TX 75201<br>Telephone: (214) 978-4000<br>Facsimile: (214) 978-4044 |
| Christine Woodin<br>Texas State Bar 24199951<br>cwoodin@hueston.com<br>**HUESTON HENNIGAN LLP**<br>523 West 6th St., Suite 400<br>Los Angeles, CA 90014<br>Telephone: (213) 788-4099<br>Facsimile: (888) 775-0898 | Blake Bailey<br>Texas State Bar No. 24069329<br>bbailey@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>600 Travis Street, Suite 7000<br>Houston, TX 77002<br>Telephone: (713) 485-7300<br>Telecopier: (713) 485-7344 |
| | Samuel F. Baxter<br>Texas State Bar No. 01938000<br>sbaxter@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>104 E. Houston Street, Suite 300<br>Marshall, TX 75670<br>Telephone: (903) 923-9000<br>Telecopier: (903) 923-9099 |
| | **ATTORNEYS FOR DEFENDANT ERICSSON INC.** |

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on January 19, 2021.

                                        /s/ *Nicholas Mathews*
                                        Nicholas Mathews