IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| APPLE INC., | § § § § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO.  2:21-CV-00460-JRG |
| v. | § § | |
| TELEFONAKTIEBOLAGET LM ERICSSON, ERICSSON INC., | § § § § | |
| *Defendants.* | § § | |

## ORDER

Before the Court is Plaintiff Apple Inc's ("Apple") Motion to File Under Seal its Complaint (the "Motion"). (Dkt. No. 1.) In the Motion, Apple represents that its Complaint contains sensitive information relating to business operations, including confidential information regarding license agreements. (*Id*. at 1.)

Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that Apple's Complaint (Dkt. No. 2) should be and hereby is **SEALED**.

**So ORDERED and SIGNED this 23rd day of March, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE