# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| APPLE INC., § | |
| § | |
| Plaintiff, § | CIVIL ACTION NO. 2:21-CV-00460-JRG |
| § | |
| v. § | |
| § | |
| TELEFONAKTIEBOLAGET LM § | |
| ERICSSON, ERICSSON INC., § | |
| § | |
| Defendants. § | |

# ORDER

Before the Court is Apple, Inc.'s ("Apple") Motion for Request for Early Case Management Conference (the "Motion"). (Dkt. No. 16.)

Having considered the Motion, the Court finds the Motion is moot in view of the scheduling conference that took place on March 16, 2022. Accordingly, the Motion (Dkt. No. 16) is **DENIED AS MOOT**.

**So ORDERED and SIGNED this 23rd day of March, 2022.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE