**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> TELEFONAKTIEBOLAGET LM ERICSSON and ERICSSON INC., <br><br> Defendants. | Civil Action No. 2:21-cv-460-JRG <br><br> JURY TRIAL DEMANDED |

**DEFENDANTS AND COUNTERCLAIM-PLAINTIFFS TELEFONAKTIEBOLAGET LM ERICSSON AND ERICSSON INC.'S NOTICE OF COMPLIANCE WITH P.R. 3-1 AND 3-2**

Pursuant to Patent Rule 3-1, Defendants and Counterclaim Plaintiffs Telefonaktiebolaget LM Ericsson and Ericsson Inc. (collectively "Ericsson") hereby provide notice of compliance that counsel for Plaintiff Apple Inc. were served with Ericsson's P.R. 3-1 and 3-2 disclosures on April 22, 2022. Pursuant to P.R. 3-2, Ericsson identifies the documents at ERIC_APPL_460_00000001 - ERIC_APPL_460_00000759 as relating to P.R. 3-2(b). After a reasonable and diligent search, Ericsson was unable to identify any non-privileged documents relating to P.R. 3-2(a) and (c), but will promptly supplement its production to the extent that any such documents are located.

Dated: April 22, 2022

Theodore Stevenson, III (Lead Attorney)
Texas State Bar No. 19196650
ted.stevenson@alston.com
**ALSTON & BIRD LLP**
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Telephone: (214) 922-3507
Facsimile: (214) 922-3899

Ross R. Barton
North Carolina State Bar No. 37179
ross.barton@alston.com
**ALSTON & BIRD LLP**
101 S. Tryon St., Suite 4000
Charlotte, North Carolina 28280
Telephone: (704) 444-1000
Facsimile: (704) 444-1111

Bryan Lutz (*pro hac vice*)
Georgia Bar No. 915395
bryan.lutz@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA  30309-3424
Telephone: 404-881-7000
Facsimile: 404-881-7777

Christine Woodin
Texas State Bar 24199951
cwoodin@hueston.com
**HUESTON HENNIGAN LLP**
523 West 6th St., Suite 400
Los Angeles, CA 90014
Telephone:(213) 788-4099
Facsimile: (888) 775-0898

Respectfully Submitted,

/s/ *Nicholas Mathews*
Nicholas Mathews
Texas State Bar No. 24085457
nmathews@McKoolSmith.com
Alexander Chern
Texas State Bar No. 24109718
achern@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Blake Bailey
Texas State Bar No. 24069329
bbailey@mckoolsmith.com
**MCKOOL SMITH, P.C.**
600 Travis Street, Suite 7000
Houston, TX 77002
Telephone: (713) 485-7300
Telecopier: (713) 485-7344

John Holley
Texas State Bar No. 24078678
jholley@McKoolSmith.com
**MCKOOL SMITH, P.C.**
1999 K Street, NW Suite 600
Washington, DC 20006
Telephone: (202) 370-8300
Facsimile: (202) 370-8344

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9099

**ATTORNEYS FOR DEFENDANTS AND COUNTERCLAIM PLAINTIFFS ERICSSON INC. AND**

**TELEFONAKTIEBOLAGET LM ERICSSON**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on April 22, 2022.

*/s/ Nicholas Mathews*
Nicholas Mathews