IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| APPLE INC., <br><br>       Plaintiff, <br><br> vs. <br><br> TELEFONAKTIEBOLAGET LM ERICSSON AND ERICSSON INC., <br><br>       Defendants. | Civil Action No. 2:21-cv-460 |

**ERICSSON'S NOTICE OF SUBMISSION OF**
**<u>TECHNOLOGY TUTORIAL</u>**

      Defendants Telefonaktiebolaget LM Ericsson and Ericsson Inc. ("Ericsson") hereby provide notice to the Court of the submission of their Technology Tutorial pursuant to the Court's Fourth Amended Docket Control Order (Dkt. 95). Ericsson's Technology Tutorial may be accessed by the following link: <u>bit.ly/3HfzAGV</u>. Ericsson will separately hand-deliver a USB flash drive with its technology tutorial to the Court, for the Court's convenience.

      Ericsson further provides notice that its Technology Tutorial has been served on Plaintiff Apple Inc.

1

| | |
|---|---|
| Dated: December 7, 2022 | Respectfully Submitted, |
| | |
| Theodore Stevenson, III (Lead Attorney)<br>Texas State Bar No. 19196650<br>ted.stevenson@alston.com<br>**ALSTON & BIRD**<br>2200 Ross Avenue, Suite 2300<br>Dallas, TX 75201<br>Telephone: (214) 922-3507<br>Facsimile: (214) 922-3899 |    */s/ Ross R. Barton*<br>Nicholas Mathews<br>Texas State Bar No. 24085457<br>nmathews@McKoolSmith.com<br>Alexander Chern<br>Texas State Bar No. 24109718<br>achern@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>300 Crescent Court Suite 1500<br>Dallas, TX 75201<br>Telephone: (214) 978-4000<br>Facsimile: (214) 978-4044 |
| Ross R. Barton<br>North Carolina State Bar No. 37179<br>ross.barton@alston.com<br>**ALSTON & BIRD**<br>101 S. Tryon St., Suite 4000<br>Charlotte, NC 28280<br>Telephone: (704) 444-1000<br>Facsimile: (704) 444-1111 | Blake Bailey<br>Texas State Bar No. 24069329<br>bbailey@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>600 Travis Street, Suite 7000<br>Houston, TX 77002<br>Telephone: (713) 485-7300<br>Telecopier: (713) 485-7344 |
| Bryan Lutz (*pro hac vice*)<br>Georgia Bar No. 915395<br>bryan.lutz@alston.com<br>**ALSTON & BIRD**<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>Telephone: 404-881-7000<br>Facsimile: 404-881-7777 | John Holley<br>Texas State Bar No. 24078678<br>jholley@McKoolSmith.com<br>**MCKOOL SMITH, P.C.**<br>1999 K Street, NW Suite 600<br>Washington, DC 20006<br>Telephone: (202) 370-8300<br>Telecopier: (202) 370-8344 |
| Christine Woodin<br>Texas State Bar 24199951<br>cwoodin@hueston.com<br>**HUESTON HENNIGAN LLP**<br>523 West 6th St., Suite 400<br>Los Angeles, CA 90014<br>Telephone:(213) 788-4099<br>Facsimile: (888) 775-0898 | Samuel F. Baxter<br>Texas State Bar No. 01938000<br>sbaxter@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>104 E. Houston Street, Suite 300<br>Marshall, TX 75670<br>Telephone: (903) 923-9000<br>Telecopier: (903) 923-9099 |
| | **ATTORNEYS FOR DEFENDANTS TELEFONAKTIEBOLAGET LM ERICSSON AND ERICSSON INC.** |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via electronic mail on December 7, 2022.

                                              */s/ Ross R. Barton*
                                              Ross R. Barton