IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| APPLE INC., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:21-CV-00460-JRG |
| § | |
| TELEFONAKTIEBOLAGET LM § | |
| ERICSSON, ERICSSON INC., § | |
| § | |
| *Defendants*. § | |

## ORDER

Before the Court is the Joint Motion for Voluntary Dismissal (the "Motion") filed by Plaintiff and Counterclaim Defendant Apple Inc. ("Apple") and Defendants and Counterclaim Plaintiffs Telefonaktiebolaget LM Ericsson and Ericsson Inc. (collectively, "Ericsson"). (Dkt. No. 101.) In the Motion, the parties represent that they have entered into a settlement agreement and request that all claims of patent infringement asserted by Ericsson in the above-captioned case be dismissed with prejudice, and all other claims and counterclaims, including declaratory judgment claims for invalidity, be dismissed without prejudice. (*Id*. at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims of patent infringement asserted by Ericsson in the above-captioned case are **DISMISSED WITH PREJUDICE** and all other claims and counterclaims are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 29th day of December, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE